### THE STATE vs. SAMUEL SHORE.

Third Judicial District.
Argued April 8th—decided June 6th, 1902.

INFORMATION for theft from the person, brought to the Superior Court in New Haven County, and tried to the jury before *Elmer, J.;* verdict and judgment of guilty, and appeal by the accused from the refusal of the trial court to set aside the verdict as against the evidence in the case.  *No error.*

*E. P. Arvine* and *Benjamin Slade*, for the appellant (the accused).

*William L. Barnett*, for the appellee (the State).

BY THE COURT.  No error.  Opinion filed with the clerk of the Superior Court, New Haven County.